UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANSOOR AHMAD, ET AL., : <br> Plaintiffs : <br> V. : <br> : <br> YELLOW CAB COMPANY OF NEW : <br> LONDON AND GROTON, INC., ET AL. : <br> Defendants : | C.A. NO.: 3:12-CV-01307 (AWT) <br><br><br><br> NOVEMBER 13, 2012 |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Company of New London and Groton, Inc. (hereinafter referred to as "Defendant Yellow Cab") by and through its counsel, Moore Leonhardt & Associates LLC, moves to dismiss Counts One, Two, Seven and Eight of the Plaintiffs' Complaint filed September 11, 2012. As concerns Defendant, the Plaintiffs' Complaint alleges discrimination and retaliation in violation of the Connecticut Fair Employment Practices Act ("CFEPA,") Conn. Gen. Stat. §§ 46a-60, *et seq.*, as well as the Americans with Disabilities Act ("ADA,") 42 U.S.C. §§ 12111, *et seq.* However, there exists no relationship of employer-employee, principal agent-agent, master-servant, or any other variation thereof, either express or implied, between Defendant Yellow Cab and the Plaintiffs, nor have the Defendants plead anything more than conclusory allegations of discrimination and retaliation. Accordingly, the Plaintiffs have failed to state a claim upon which relief can be granted.

WHEREFORE, as discussed more fully in the accompanying memorandum of law, the Defendant Yellow Cab respectfully moves that the Plaintiffs' Complaint against Defendant Yellow Cab be dismissed.

DEFENDANT,
YELLOW CAB COMPANY OF
NEW LONDON & GROTON, INC.

_____
Mary Alice Moore Leonhardt
Federal No.: ct02966
ma@mooreleonhardt.com
Moore Leonhardt & Associates LLC
102 Oak St.
Hartford, CT 06106
Tel. (860) 727-8874
Fax (860) 525-2194
Attorneys for the Defendant

## **ORDER**

The foregoing Motion to Dismiss having been heard, it is hereby Ordered:

GRANTED/DENIED

                            BY THE COURT

_____
                            Judge / Clerk

## CERTIFICATION

I hereby certify that on November 13, 2012, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mary Alice Moore Leonhardt
Federal No.: ct02966
ma@mooreleonhardt.com
Moore Leonhardt & Associates LLC
102 Oak St.
Hartford, CT 06106
Tel. (860) 727-8874
Fax (860) 525-2194
Attorneys for the Defendant