UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANSOOR AHMAD and | : | CIVIL NO. 3:12CV1307(AWT) |
| NAVEED AHMAD | : | |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| YELLOW CAB COMPANY OF | : | |
| NEW LONDON AND GROTON, INC., | : | |
| CONNECTICUT DEPARTMENT OF | : | |
| TRANSPORTATION, and VEOLIA | : | |
| TRANSPORTATION SERVICES, INC. | | |
| *Defendants* | : | November 14, 2012 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendant, Connecticut Department of Transportation, ONLY in the above-captioned matter.

Dated at Hartford, Connecticut this 14th day of November, 2012.

        DEFENDANT
        DEPT. OF TRANSPORTATION

        GEORGE JEPSEN
        ATTORNEY GENERAL

By:    */s/ Ann E. Lynch*
        Ann E. Lynch
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax.: (860) 808-5383
        Federal Bar No. ct08326
        Email: Ann.Lynch@ct.gov

## CERTIFICATION

      I hereby certify that on November 14, 2012 a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      /s/_Ann E. Lynch_____
Ann E. Lynch (# ct08326)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Ann.Lynch@ct.gov