# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANSOOR AHMAD and | : | CIVIL NO. 3:12CV1307(AWT) |
| NAVEED AHMAD | : | |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| YELLOW CAB COMPANY OF | : | |
| NEW LONDON AND GROTON, INC., | : | |
| CONNECTICUT DEPARTMENT OF | : | |
| TRANSPORTATION, and VEOLIA | : | |
| TRANSPORTATION SERVICES, INC. | | |
| *Defendants* | : | November 14, 2012 |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING NUNC PRO TUNC,

COMES NOW the defendant, Connecticut Department of Transportation ("DOT"), and pursuant to Local Rule 7(b), hereby requests an extension of time, nunc pro tunc, or until January 4, 2013[1] in which to file an answer or responsive pleading in the above-captioned matter.  In support of this motion, the defendant represents as follows:

1. Plaintiffs filed their complaint on or about September 11, 2012. (Doc. # 1).

2. The return of service filed by the plaintiff indicated that defendant Department of Transportation was served on September 14, 2012. (Doc. # 8).

3. Employment matters are handled by the Employment Rights Department of the Attorney General's Office.

---

[1] Counsel has recently joined the Employment Rights Department of the Attorney General's Office.  She has been assigned the instant matter and requested a 45-day extension of time to opposing counsel.  That would bring the new deadline to December 29, 2012.  However, counsel has a pre-paid vacation scheduled for the final week of the year and is not scheduled to return to the office until after the first of the year.  The request is until the end of the first week of 2013.

4.	However, the instant matter, which involves two private individuals who have no history of employment with the state, was forwarded to several different departments within the Attorney General's Office until it was delivered to the Employment Rights Department on Friday, November 9, 2012.

5.	The instant matter was assigned to undersigned counsel on Tuesday, November 13, 2012.

6.	Undersigned counsel is filing her appearance on behalf of the defendant DOT this date.

7.	Counsel for the defendant DOT requests additional time to investigate the plaintiffs' claims and to prepare a responsive pleading.

8.	Pursuant to Local Rule 7(b)(1), defendant DOT is requesting an extension of time in which to file the responsive pleading.

9.	Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, John Williams, Esq., and he has authorized the undersigned to represent that he has NO OBJECTION to this motion.

10.	This is the defendant's first request for additional time in which to file a responsive pleading.

WHEREFORE, the defendant Department of Transportation respectfully requests an extension of time to and including January 4, 2013 to file a responsive pleading to the Complaint.

        DEFENDANT
        DEPARTMENT OF TRANSPORTATION

        GEORGE JEPSEN
        ATTORNEY GENERAL


BY:   /s/ *Ann E. Lynch*
       Ann E. Lynch
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel.:  (860) 808-5340
       Fax.: (860) 808-5383
       E-mail: Ann.Lynch@ct.gov
       Federal Bar No. ct08326

## **CERTIFICATION**

    I hereby certify that on November 14, 2012 a copy of the foregoing Motion for Extension of Time to File a Responsive Pleading was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

       /s/ Ann E. Lynch
       Ann E. Lynch (# ct08326)
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel.: (860) 808-5340
       Fax: (860) 808-5383
       E-mail: Ann.Lynch@ct.gov

4203163