UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| MANSOOR AHMAD AND<br>NAVEED AHMAD | CIVIL ACTION<br>NO. 3:12cv1307 (AWT) |
| Plaintiff | **CERTIFICATE OF SERVICE** |
| YELLOW CAB COMPANY OF NEW LONDON<br>AND GROTON, INC., CONNECTICUT<br>DEPARTMENT OF TRANSPORTATION AND<br>VEOLIA TRANSPORTATION SERVICES, INC. | |
| Defendants | |

_____

    I hereby certify that on November 19, 2012, a copy of the foregoing Certificate of Good Standing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

    /s/ Michael Tiliakos
Michael Tiliakos (admitted pro hac vice)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Telephone (212) 692-1045
Facsimile (212) 202-6231
E-mail: mtiliakos@duanemorris.com