UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MANSOOR AHMAD and | : | CIVIL NO. 3:12CV1307(AWT) |
| NAVEED AHMAD | : | |
| *Plaintiffs* | : | |
| | : | |
| v. | | |
| | | |
| YELLOW CAB COMPANY OF | : | |
| NEW LONDON AND GROTON, INC., | : | |
| CONNECTICUT DEPARTMENT OF | : | |
| TRANSPORTATION, and VEOLIA | : | |
| TRANSPORTATION SERVICES, INC. | : | December 13, 2012 |
| *Defendants* | | |

## **DEFENDANT DOT'S MOTION TO DISMISS**

The defendant, State of Connecticut Department of Transportation ("DOT"), hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the plaintiffs' complaint against DOT in its entirety for the following reasons: (1) the plaintiff's claims under Conn. Gen. Stat. § 46a-60 et seq. and 42 U.S.C. § 1983 as to DOT for money damages are barred by the Eleventh Amendment; (2) The plaintiff's due process and equal protection claims under 42 U.S.C. § 1983 are barred by sovereign immunity; (3) the court lacks subject matter jurisdiction in that there is no employer-employee relationship between the plaintiffs and DOT; (4) the plaintiffs' due process and equal protection claims fail as a matter of law and (5) plaintiffs claims under the Rehabilitation Act are legally insufficient.

In further support of this motion, defendant submits the attached memorandum of law to which the court is respectfully referred.

DEFENDANT,
DEPARTMENT OF
TRANSPORTATION

GEORGE JEPSEN
ATTORNEY GENERAL

BY: /s/ Ann E. Lynch_____
Ann E. Lynch
Assistant Attorney General
55 Elm Street - P. O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
E-Mail: Ann.Lynch@ct.gov
Federal Bar # ct08326

## CERTIFICATION

I hereby certify that on December 13, 2012 a copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ann E. Lynch_____
Ann E. Lynch (ct # 08326)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Ann.Lynch@ct.gov

4205142