# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| MANSOOR AHMAD and NAVEED AHMAD<br>　　　　*Plaintiffs*<br><br>　　　　　v.<br><br>YELLOW CAB COMPANY OF NEW LONDON<br>AND GROTON, INC., CONNECTICUT<br>DEPARTMENT OF TRANSPORTATION, and<br>VEOLIA TRANSPORTATION SERVICES, INC.<br>　　　　*Defendant* | )<br>)<br>)<br>)  Case No.  3:12-CV-01307<br>)  (AWT)<br>) |

**NOTICE OF APPEARANCE**

To:　　The clerk of court and all parties of record

　　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　　　**Veolia Transportation Services, Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　.

Date:  3-25-13　　　　　　　　　　　　　　　　/s/ Megan Y. Carannante
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney's Signature*

　　　　　　　　　　　　　　　　　　　　　　Megan Y. Carannante  ct27680
　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*


　　　　　　　　　　　　　　　　　　　　　　Pullman & Comley, LLC
　　　　　　　　　　　　　　　　　　　　　　90 State House Square
　　　　　　　　　　　　　　　　　　　　　　Hartford, CT  06103-3702
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　　mcarannante@pullcom.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　　(860) 424-4325
　　　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　　　(860) 424-4370
　　　　　　　　　　　　　　　　　　　　　　　　　　*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Megan Y. Carannante
*Attorney's Signature*