UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
MANSOOR AHMAD and NAVEED AHMAD,   :   CIVIL ACTION NO. 3:12-CV-1307
:   (AWT)
Plaintiffs,   :
:
- vs. -   :
:
YELLOW CAB COMPANY OF NEW LONDON   :
AND GROTON, INC., CONNECTICUT   :
DEPARTMENT OF TRANSPORTATION, and   :
VEOLIA TRANSPORTATION SERVICES, INC.,   :   March 27, 2013
:
Defendants.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT MOTION TO STAY AND EXTEND DEADLINES IN SCHEDULING ORDER, NUNC PRO TUNC, UNTIL MOTIONS TO DISMISS ARE DECIDED**

Pursuant to D. Conn. L. Civ. R. 7(b)(2), the parties jointly move, *nunc pro tunc*, for the Court to stay all deadlines set forth in the current scheduling order (with the exception of the deadline for filing the already submitted motions to dismiss and any deadlines regarding the Defendant Yellow Cab Company of New London and Groton, Inc.'s ("Yellow Cab's") already served requests for admission), until the pending motions to dismiss are decided. [1]

The parties also move, *nunc pro tunc*, for an additional two weeks, through and including April 8, 2013, to file their joint Fed. R. Civ. P 26(f) Report. The parties represent to the Court that they are in the process of exchanging drafts of the 26(f) report and hope to complete the report shortly.

Good cause exists for the parties' requests as follows:

---

[1] The parties plan to propose deadlines in their 26(f) report which begin to run from the date the motions to dismiss are decided, but seek to stay the deadlines in the current scheduling order until the Court has the opportunity to enter a new scheduling order in accordance with the forthcoming 26(f) report.

1. The Plaintiffs filed their complaint on September 11, 2012. In their complaint, Plaintiffs allege that Mansoor Ahmad suffers from dog phobia. Plaintiffs claim that they were discriminated against and retaliated against after Mansoor Ahmad refused to transport a customer with a service dog and Yellow Cab subsequently terminated their employment and the State of Connecticut Department of Transportation ('DOT") revoked the Plaintiffs' taxi cab certificates.

2. On November 1, 2012, Defendant Veolia Transportation Services, Inc. ("Veolia") filed a Motion to Dismiss. In that Motion, Veolia argues that the case should be dismissed because (a) Veolia was not Plaintiffs' employer or an agent of Plaintiffs' employer and (b) Plaintiffs' conclusory allegations of discrimination are insufficient to state a claim.

3. Thereafter, Defendant Yellow Cab filed a similar motion to dismiss on November 13, 2012. In that Motion, Yellow Cab argues that the case should be dismissed because (a) there was no employer-employee, principal agent-agent, or master-servant relationship between the Plaintiff and Yellow Cab and (b) Plaintiffs fail to plead anything more than conclusory allegations of discrimination and retaliation.

4. On December 13, 2012, Defendant Department of Transportation ("DOT") also filed a motion to dismiss. In that Motion, the DOT argues that the Plaintiffs' claims should be dismissed because: (a) Plaintiffs' claims are barred by the Eleventh Amendment; (b) Plaintiffs' due process and equal protection claims are barred by sovereign immunity; (c) the court lacks subject matter jurisdiction as there is no employer-employee relationship between the Plaintiffs and DOT; (d) Plaintiffs' due process and equal protection claims fail as a matter of law and (e) Plaintiffs' claims under the Rehabilitation Act are legally insufficient.

5. The Court has not yet rendered a decision on the motions to dismiss.

6. On February 21, 2013, Yellow Cab served requests for admission on the Plaintiffs. The Plaintiffs responded to the requests. The parties have not served any other discovery.

7. Per the Scheduling Order, the current deadline for completing all discovery was March 11, 2013.

8. The parties submit that staying all further discovery (other than the deadlines relating to Yellow Cab's Requests for Admission) and pretrial obligations until the motions to dismiss are decided will conserve the parties' and the court's resources – especially if the Court dismisses.

9. This is the parties' first request for an extension regarding these deadlines.

10. All parties join in this request.

WHEREFORE, the parties respectfully request that the Court extend the deadline for the parties to file their 26(f) report to April 8, 2013 and to stay all other deadlines in the Scheduling Order (except those relating to the Yellow Cab's Requests for Admission and the motions to dismiss) until the Court issues decisions on the pending motions to dismiss.

**Respectfully Submitted:**

**Defendant**
**Veolia Transportation Services, Inc.**
By: /s/      Megan Youngling Carannante
Megan Youngling Carannante (ct27680)
Joshua A. Hawks-Ladds (ct09446)
Pullman & Comley, LLC
90 State House Square
Hartford, CT  06103-3702
Telephone (860) 424-4300
Facsimile (860) 424-4370

E-mail:  jhawks-ladds@pullcom.com
           mcarannante@pullcom.com
and

Michael Tiliakos (admitted pro hac vice)
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Telephone (212) 692-1045
Facsimile (212) 202-6231
E-mail: MTiliakos@duanemorris.com

**Defendant**
**Yellow Cab Company of New London and Groton, Inc.**
By:  /s/ Mary Alice Moore Leonhardt____
Mary Alice Moore Leonhardt
Moore Leonhardt & Assoc LLC
67 Russ St.
Hartford, CT 06106
860-727-8874
Fax: 860-525-2194
Email: ma@mooreleonhardt.com

**Defendant**
**State of Connecticut Department of Transportation**
By:____/s/ Ann E. Lynch_____
Ann E. Lynch
Attorney General's Office - Elm St (Htfd)
55 Elm St., PO Box 120
Hartford, CT 06101-0120
860-808-5340
Fax: 860-808-5383
Email: Ann.Lynch@ct.gov

**Plaintiffs**
**Mansoor Ahmad and Naveed Ahmad**
By:_____/s/ John R. Williams_____
John R. Williams
51 Elm St., Ste. 409
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
Email: jrw@johnrwilliams.com

## Certificate of Service

I hereby certify that on March 27, 2013, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

**John R. Williams**
51 Elm St., Ste. 409
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
Email: jrw@johnrwilliams.com

**Mary Alice Moore Leonhardt**
Moore Leonhardt & Assoc LLC
67 Russ St.
Hartford, CT 06106
860-727-8874
Fax: 860-525-2194
Email: ma@mooreleonhardt.com

**Ann E. Lynch**
Attorney General's Office - Elm St (Htfd)
55 Elm St., PO Box 120
Hartford, CT 06101-0120
860-808-5340
Fax: 860-808-5383
Email: Ann.Lynch@ct.gov

**Michael Tiliakos**
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
Telephone (212) 692-1045
Facsimile (212) 202-6231
E-mail: MTiliakos@duanemorris.com

                                                /s/      Megan Youngling Carannante
                                                Megan Youngling Carannante